UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA ROGERS, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF DUSTIN ROGERS, AND AS NEXT FRIEND OF DALLAS ROGERS AND LONDON ROGERS, | § § § § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:13-CV-3741 |
| BBC CHARTERING AMERICA, LLC, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

The Court has considered the plaintiff's motion to remand, all responsive briefing, and/or the arguments of counsel and finds that the plaintiff's motion is meritorious. It is well accepted that maritime cases filed in state court cannot be removed to federal court unless an independent basis for federal jurisdiction exists. Nothing in the 2011 amendments to the removal statutes altered this traditional understanding. The Court lacks jurisdiction over this matter.

It is therefore **ORDERED** that the plaintiff's motion to remand is in all things **GRANTED** and that this case is remanded to the 333rd Judicial District Court of Harris County, Texas.

SIGNED on this 3rd day of March, 2014.

_____
Kenneth M. Hoyt
United States District Judge